## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

CASE NO. 2:08-CV-165

IN RE: HUNTINGTON BANCSHARES
INC., ERISA LITIGATION

JUDGE GREGORY L. FROST

**This document relates to:**          Magistrate Judge Terence P. Kemp

No. 2:08-CV-175
No. 2:08-CV-197

## ORDER

This matter is before the Court on the Agreed Motion to Request the Court to Enter a Final Judgment and Order Approving the Settlement and Award of Attorneys' Fees, Expenses, and Case Contribution Award On or After December 12, 2011. (ECF No. 92.) The Court hereby **GRANTS** the parties' agreed motion, **VACATES** the November 28, 2011 non-oral hearing scheduled on any objections to the class settlement (ECF No. 86), and **RESCHEDULES** the non-oral hearing for December 12, 2011.

**IT IS SO ORDERED.**

/s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE