# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE HUNTINGTON BANCSHARES INC. ERISA LITIGATION ) ) ) | Case No. 2:08-CV-0165 |
| ) | Hon. Gregory L. Frost |
| This document relates to: ) ) | Hon. Terence P. Kemp |
| No. 2:08-CV-0175 ) No. 2:08-CV-0197 ) ) | |

### ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND CASE CONTRIBUTION AWARDS TO NAMED PLAINTIFFS

This matter comes before the Court by Plaintiffs' Motion for Award of Attorneys' Fees, Expenses, and Case Contribution Awards to Named Plaintiffs. Plaintiffs' Motion was heard on September 1, 2011. Subsequently, a non-oral hearing was held on November 28, 2011 to consider objections, if any, that were filed as a result of a second Class Notice mailing ordered by the Court to be sent to a discrete set of individual Settlement Class Members who were not initially identified on the class notice list that Plaintiffs previously utilized.

The Court having considered papers submitted in support of the Motion and any opposition thereto, and finding that no objections have been filed with regard to the motion for award of attorneys' fees, expenses, and case contribution awards to Named Plaintiffs, and for good cause having been shown, Plaintiffs' Motion is hereby granted.

**IT IS FURTHER ORDERED that,**

1. Class Counsel is hereby awarded attorneys' fees in the amount of 27.5% ($398,750.00) of the Settlement Fund, which the Court finds to be fair and reasonable, and $23,027.76 in reimbursement of Class Counsel's reasonable expenses incurred in prosecuting the Action. The attorneys' fees and expenses so awarded shall be paid from the Gross Settlement

Fund pursuant to the terms of the Settlement Agreement, as provided in the Settlement Agreement, with interest on such amounts from the date the Settlement Fund was funded to the date of payment at the same net rate that the Gross Settlement Fund earns. All fees and expenses paid to Class Counsel shall be paid pursuant to the timing requirements described in the Settlement Agreement.

2.  Named Plaintiffs Hilda Riccio, Nathan Cedarleaf, Aileen Moening, and Carol Uberti are hereby awarded an incentive award in the amount of $2,000 each.

3.  In making this award of attorneys' fees and reimbursement of expenses to be paid from the Settlement Fund, and the compensation awards to the Named Plaintiffs, the Court has considered and conditionally finds that:

a)  The Settlement achieved as a result of the efforts of Class Counsel has created a fund of $1,450,000 in cash that is already on deposit, plus interest thereon, and will benefit thousands of Settlement Class Members;

b)  Class Counsel have conducted the litigation and achieved the Settlement with skill, perseverance, and diligent advocacy;

c)  The Action involves complex factual and legal issues prosecuted over several years and, in the absence of a settlement, would involve further lengthy proceedings with uncertain resolution of the complex factual and legal issues;

d)  Had Class Counsel not achieved the Settlement, there would remain a significant risk that the Named Plaintiffs and the Settlement Class may have recovered less or nothing from Defendants;

e)  The amount of attorneys' fees awarded and expenses reimbursed from the Settlement Fund are consistent with awards in similar cases; and

f) The Named Plaintiffs rendered valuable services to the Plan and to all Plan participants. Without this participation, there would have been no case and no settlement.

SO ORDERED this _15TH_ day of _December_, 2011.

_____
HON. GREGORY L. FROST
United States District Court
Southern District of Ohio