Case No. 09-3251

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

HILDA T. RICCIO; CAROL UBERTI; NATHAN CEDARLEAF; AILEEN M. MOENING, Individually and on behalf of all others similarly situated,

    Plaintiffs - Appellants

v.

HUNTINGTON BANCSHARES, INC., et al.,

    Defendants - Appellees

In accordance with Rule 33(d), Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33(d), RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: January 20, 2012

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 20, 2012

Mr. Walter C. Carlson
Sidley Austin
One S. Dearborn Street
Chicago, IL 60603

Mr. Edward W. Ciolko
Kessler Topaz Meltzer & Check
280 King of Prussia Road
Radnor, PA 19087

Mr. T. David Copley
Keller Rohrback
1201 Third Avenue
Suite 3200
Seattle, WA 98101

Ms. Erin Elaine Kelly
Sidley Austin
One S. Dearborn Street
Chicago, IL 60603

Mr. Peter Houghton LeVan Jr.
Kessler Topaz Meltzer & Check
280 King of Prussia Road
Radnor, PA 19087

Mr. Derek W. Loeser
Keller Rohrback
1201 Third Avenue
Suite 3200
Seattle, WA 98101

Mr. Lynn Lincoln Sarko
Keller Rohrback
1201 Third Avenue
Suite 3200
Seattle, WA 98101

Ms. Hille R. Sheppard
Sidley Austin
One S. Dearborn Street
Chicago, IL 60603

Mr. Bradd N. Siegel
Porter, Wright, Morris & Arthur
41 S. High Street
Suite 3200
Columbus, OH 43215

Mr. Robert Ward Trafford
Porter, Wright, Morris & Arthur
41 S. High Street
Suite 3200
Columbus, OH 43215

      Re: Case No. 09-3251, *Hilda Riccio, et al v. Huntington Bancshares, Inc., et al*
        Originating Case No. : 08-00165 : 08-00175 : 08-00197

Dear Sir or Madam,

 The Court issued the enclosed (Order/Opinion) today in this case.

            Sincerely yours,

            s/Connie A. Weiskittel
            Mediation Office


cc: Mr. James Bonini

Enclosure

No mandate to issue